# In the United States Court of Federal Claims

No. 06-264C

(Filed: June 1, 2006)

```
****************************************  *
                                          *
FRANKLIN HILL ASSOCIATES,                 *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

## ORDER

On June 1, 2006 counsel for the parties filed a Joint Motion For A Stay Of Proceedings pursuant to Rues 1 and 7(b) of this Court's Rules. The parties having shown good cause, their Motion is GRANTED. Accordingly,

1. Proceedings in this case are hereby STAYED until 14 days following completion of the ADR process in this case and the related cases;

2. The parties shall file with the Court a Joint Status Report describing the progress of the ADR proceedings on or before August 1, 2006;

3. Thereafter, the parties shall file additional Joint Status Reports on the first calendar day of every second month for the duration of the stay.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge