**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

FRANKLIN HILL ASSOCIATES,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 06-264**
(**Judge Thomas C. Wheeler**)

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of June 2, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the parties have reached a proposed settlement agreement that has been approved by the Department of Agriculture and recommended for approval within the Department of Justice. At this time, review of the proposed settlement by the Department of Justice is still in progress.

The agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving approximately 800 properties – including this case. Plaintiffs formally submitted the agreement to defendant as an offer of settlement on August 23, 2006, after which status conferences with Judge Horn were held on August 25, 2006, September 27, 2006, October 19, 2006, November 16, 2006, December 8, 2006, and January 9, 2007. Pursuant to a recent order issued in connection with the ADR proceedings, defendant will be filing with Judge Horn

on February 1, 2007, a status report detailing the status of the approval process within the Department of Justice and specifying the date by which the government is expected to complete that process. Thereafter, a status conference with Judge Horn will be held on February 13, 2007, at which time the parties will further update Judge Horn as to the status of the settlement approval process.

Thus, the parties request that this matter continue to be stayed until the settlement agreement has been approved and executed by defendant. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: February 1, 2007

**Filed Electronically with the consent of the Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*